AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

─── **OFFENSE CHARGED** ───

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  SEE ATTACHMENT

E-filing

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── **DEFENDANT - U.S** ───

▶ KAO SAETURN

**FILED**

JUL 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR 08-0246 CW

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    AUSA GARTH HIRE

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction  } ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☒ No  } If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:              Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. KAO SAETURN*
### CR 08-0246 CW

### COUNT ONE
**Conspiracy to Interfere with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT TWO
**Interference with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT THREE
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consecutive |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT FOUR
**Interference with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT FIVE
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 7 Years Imprisonment Consec. OR |
| | Mandatory Minimum 25 Years Imprisonment Consecutive |
| | (if conviction is second or subsequent 924(c) conviction) |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT SIX
**Interference with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT SEVEN
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

Imprisonment:           Maximum Life Imprisonment
                        Mandatory Minimum 7 Years Imprisonment Consec. OR
                        Mandatory Minimum 25 Years Imprisonment Consecutive
                            (if conviction is second or subsequent 924(c) conviction)

Fine:                   Maximum $250,000

Supervised Release:     Maximum 5-Year Term of Supervised Release

Special Assessment:     $100

## COUNT EIGHT
**Attempted Carjacking**
**(18 U.S.C. § 2119)**

Imprisonment:           Maximum 15 Years Imprisonment

Fine:                   Maximum $250,000

Supervised Release:     Maximum 3-Year Term of Supervised Release

Special Assessment:     $100

## COUNT NINE
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

Imprisonment:           Maximum Life Imprisonment
                        Mandatory Minimum 7 Years Imprisonment Consec. OR
                        Mandatory Minimum 25 Years Imprisonment Consecutive
                            (if conviction is second or subsequent 924(c) conviction)

Fine:                   Maximum $250,000

Supervised Release:     Maximum 5-Year Term of Supervised Release

Special Assessment:     $100

AO 257 (Rev. 6/78)

---

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

**OFFENSE CHARGED**

SEE ATTACHMENT
☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   SEE ATTACHMENT

*E-filing*

─ DEFENDANT - U.S ─

► SAN KWEN SAEPHAN aka "Forty"

**FILED**

DISTRICT COURT NUMBER

CR 08-0246 CW

**JUL 16 2008**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE
}   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
}   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
}

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   AUSA GARTH HIRE

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction
}   ☐ Federal  ☒ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☒ No
}   If "Yes" give date filed

DATE OF ARREST ►
Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►
Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:           Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. SAN KWEN SAEPHAN*
### CR 08-0246 CW

### COUNT ONE
**Conspiracy to Interfere with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

Imprisonment:              20 Years Imprisonment

Fine:                      Maximum $250,000

Supervised Release:        Maximum 3-Year Term of Supervised Release

Special Assessment:        $100

### COUNT TWO
**Interference with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

Imprisonment:              20 Years Imprisonment

Fine:                      Maximum $250,000

Supervised Release:        Maximum 3-Year Term of Supervised Release

Special Assessment:        $100

### COUNT THREE
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

Imprisonment:              Maximum Life Imprisonment
                           Mandatory Minimum 7 Years Imprisonment Consecutive

Fine:                      Maximum $250,000

Supervised Release:        Maximum 5-Year Term of Supervised Release

Special Assessment:        $100

## COUNT FOUR
### Interference with Commerce through Robbery and Extortion
### (18 U.S.C. § 1951(a))

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FIVE
### Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(a)(ii))

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consec. OR<br>Mandatory Minimum 25 Years Imprisonment Consecutive<br>(if conviction is second or subsequent 924(c) conviction) |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT SIX
### Interference with Commerce through Robbery and Extortion
### (18 U.S.C. § 1951(a))

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT SEVEN
### Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(a)(ii))

Imprisonment:                Maximum Life Imprisonment
                             Mandatory Minimum 7 Years Imprisonment Consec. OR
                             Mandatory Minimum 25 Years Imprisonment Consecutive
                                 (if conviction is second or subsequent 924(c) conviction)

Fine:                        Maximum $250,000

Supervised Release:          Maximum 5-Year Term of Supervised Release

Special Assessment:          $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:  SEE ATTACHMENT

*E-filing*

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─ **DEFENDANT - U.S**

▶ JOSEPH VU NGUYEN

**FILED**

JUL 16 2008

DISTRICT COURT NUMBER

CR 08-0246 CW

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT**

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA GARTH HIRE

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☒ On another conviction
} ☐ Federal ☒ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date filed
☒ No  }

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                    Before Judge:

Comments:

# PENALTY SHEET ATTACHMENT

## *UNITED STATES v. JOSEPH VU NGUYEN*
## CR 08-0246 CW

### COUNT TEN
**Interference with Commerce through Robbery and Extortion**
**(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT ELEVEN
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence**
**(18 U.S.C. § 924(c)(1)(a)(ii))**

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 7 Years Imprisonment Consecutive |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT TWELVE
**Felon in Possession of Firearm and Ammunition**
**(18 U.S.C. § 922(g)(1))**

| | |
|---|---|
| Imprisonment: | 10 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT THIRTEEN
### Possession of a Controlled Substance (Methamphetamine)
### (21 U.S.C. § 844(a))

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction NOT FILED*:

| | |
|---|---|
| Imprisonment: | Maximum 1 Year Imprisonment |
| Fine: | Maximum $1,000 |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $25 |

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction FILED*:

| | |
|---|---|
| Imprisonment: | Maximum 2 Years Imprisonment (one prior)<br>Mandatory Minimum 15 Days Imprisonment (one prior) |
| | Maximum 3 Years Imprisonment (two priors)<br>Mandatory Minimum 90 Days Imprisonment (two priors) |
| Fine: | Maximum $2,500 (one prior)<br>Maximum $5,000 (two priors) |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $100 |

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

—— **OFFENSE CHARGED** ——

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:    SEE ATTACHMENT    E-filing

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

—— DEFENDANT - U.S ——

▸ DAVIS KIET DANG

**FILED**

JUL 16 2008

DISTRICT COURT NUMBER

CR 08-0246 CW

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

—— DEFENDANT ——

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant    MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA GARTH HIRE

### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST ▸    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▸    Month/Day/Year

☐ This report amends AO 257 previously submitted

—— **ADDITIONAL INFORMATION OR COMMENTS** ——

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. DAVIS KIET DANG*
### CR 08-0246 CW

### COUNT ONE
**Conspiracy to Interfere with Commerce through Robbery and Extortion
(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT TWO
**Interference with Commerce through Robbery and Extortion
(18 U.S.C. § 1951(a))**

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

### COUNT THREE
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
(18 U.S.C. § 924(c)(1)(a)(ii))**

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consecutive |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FOUR
### Interference with Commerce through Robbery and Extortion
### (18 U.S.C. § 1951(a))

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | · Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FIVE
### Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(a)(ii))

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 7 Years Imprisonment Consec. OR |
| | Mandatory Minimum 25 Years Imprisonment Consecutive |
| | (if conviction is second or subsequent 924(c) conviction) |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FOURTEEN
### Possession of a Controlled Substance (Methamphetamine)
### (21 U.S.C. § 844(a))

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 1 Year Imprisonment |
| Fine: | Maximum $1,000 |
| Supervised Release: | Maximum 1-Year Term of Supervised Release |
| Special Assessment: | $25 |

*If 21 U.S.C. § 851 Information alleging prior narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 2 Years Imprisonment (one prior) |
| | Mandatory Minimum 15 Days Imprisonment (one prior) |

Maximum 3 Years Imprisonment (two priors)
Mandatory Minimum 90 Days Imprisonment (two priors)

Fine:                            Maximum $2,500 (one prior)
                                 Maximum $5,000 (two priors)

Supervised Release:              Maximum 1-Year Term of Supervised Release

Special Assessment:              $100

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT
                                     ☒ SUPERSEDING

─── OFFENSE CHARGED ───

SEE ATTACHMENT                      ☐ Petty
                                    ☐ Minor
                                    ☐ Misde-
                                      meanor
              E-filing              ☒ Felony

PENALTY:
        SEE ATTACHMENT

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

─── DEFENDANT - U.S ───

► JANTAR PHUN aka "Kelley"

**FILED**

JUL 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR 08-0246 CW

─── DEFENDANT ───

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Alcohol, Tobacco, Firearms, and Explosives

☐ person is awaiting trial in another Federal or State Court,
   give name of court

_____

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of
   charges previously dismissed          SHOW
   which were dismissed on motion        DOCKET NO.
   of:                          }
   ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a
   pending case involving this same
   defendant                             MAGISTRATE
                                         CASE NO.
☒ prior proceedings or appearance(s)  }
   before U.S. Magistrate regarding this   08-70133 WDB
   defendant were recorded under

Name and Office of Person
Furnishing Information on this form    JOSEPH P. RUSSONIELLO

                    ☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    AUSA GARTH HIRE

**IS _NOT_ IN CUSTODY**
       Has not been arrested, pending outcome this proceeding.
1) ☐   If not detained give date any prior
       summons was served on above charges ►

2) ☐   Is a Fugitive

3) ☐   Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**

4) ☒   On this charge

5) ☐   On another conviction          }  ☐ Federal  ☐ State

6) ☐   Awaiting trial on other charges

       If answer to (6) is "Yes", show name of institution

_____

Has detainer  ☐ Yes    If "Yes"
been filed?   ☐ No     give date
                       filed    _____

**DATE OF**              Month/Day/Year
**ARREST**   ►          _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**  ►   Month/Day/Year
**TO U.S. CUSTODY**      _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    * Where defendant previously apprehended on complaint, no new summons or
                                         warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

                                        Date/Time: _____   Before Judge: _____

Comments:

## PENALTY SHEET ATTACHMENT

### *UNITED STATES v. JANTAR PHUN*
### CR 08-0246 CW

### COUNT ONE
**Conspiracy to Interfere with Commerce through Robbery and Extortion
(18 U.S.C. § 1951(a))**

Imprisonment:            20 Years Imprisonment

Fine:                    Maximum $250,000

Supervised Release:      Maximum 3-Year Term of Supervised Release

Special Assessment:      $100

### COUNT TWO
**Interference with Commerce through Robbery and Extortion
(18 U.S.C. § 1951(a))**

Imprisonment:            20 Years Imprisonment

Fine:                    Maximum $250,000

Supervised Release:      Maximum 3-Year Term of Supervised Release

Special Assessment:      $100

### COUNT THREE
**Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
(18 U.S.C. § 924(c)(1)(a)(ii))**

Imprisonment:            Maximum Life Imprisonment
                         Mandatory Minimum 7 Years Imprisonment Consecutive

Fine:                    Maximum $250,000

Supervised Release:      Maximum 5-Year Term of Supervised Release

Special Assessment:      $100

## COUNT FOUR
### Interference with Commerce through Robbery and Extortion
### (18 U.S.C. § 1951(a))

| | |
|---|---|
| Imprisonment: | 20 Years Imprisonment |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 3-Year Term of Supervised Release |
| Special Assessment: | $100 |

## COUNT FIVE
### Using/Carrying/Brandishing a Firearm During and In Relation to a Crime of Violence
### (18 U.S.C. § 924(c)(1)(a)(ii))

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 7 Years Imprisonment Consec. OR<br>Mandatory Minimum 25 Years Imprisonment Consecutive<br>(if conviction is second or subsequent 924(c) conviction) |
| Fine: | Maximum $250,000 |
| Supervised Release: | Maximum 5-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND

E-filing

CR–08–0246 CW

FILED
2008 JUL 16 PM 2:52
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

KAO SAETURN, SAN KWEN SAEPHAN,
aka "Forty," JOSEPH VU NGUYEN,
DAVIS KIET DANG,  aka Kiet Dang,
aka Kiet Davis Anh Dang,  aka Kiet
Davisanh Dang, and JANTAR PHUN,
aka "Kelley",

DEFENDANT(S).

# SECOND SUPERSEDING INDICTMENT

18 U.S.C. § 1951(a) – Conspiracy to Interfere with Commerce by
Robbery and Extortion; 18 U.S.C. § 1951(a) – Interference with
Commerce by Robbery and Extortion; 18 U.S.C. § 924(c)(1)(A)(ii) –
Using/Carrying/Brandishing a Firearm During and in Relation to a
Crime of Violence; 18 U.S.C. § 922(g)(1) – Felon in Possession of a
Firearm and Ammunition; 21 U.S.C. § 844(a) – Possession of
Methamphetamine

A true bill.

_____
Deputy              Foreman

Filed in open court this ___16th___ day of

__July   2008__

_____
Clerk

Bail, $ _____  7/16/08

about warrants for: Kao Saeturn
San Kwen Saephan
Joseph VU Nguyen

O process for Jantar Phun and
Davis Dang

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

**FILED**

3

JUL 1 6 2008

4

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          )    No. CR 08-0246 CW
                                       )
12          Plaintiff,                 )    VIOLATIONS: 18 U.S.C. § 1951(a) –
                                       )    Conspiracy to Interfere with Commerce by
13      v.                             )    Robbery and Extortion; 18 U.S.C. § 1951(a)
                                       )    – Interference with Commerce by Robbery
14  KAO SAETURN,                       )    and Extortion; 18 U.S.C. § 924(c)(1)(A)(ii)
    SAN KWEN SAEPHAN,                  )    – Using/Carrying/Brandishing a Firearm
15   aka "Forty,"                      )    During and in Relation to a Crime of
    JOSEPH VU NGUYEN,                  )    Violence; 18 U.S.C. § 922(g)(1) – Felon in
16  DAVIS KIET DANG,                   )    Possession of a Firearm and Ammunition;
     aka Kiet Dang,                    )    21 U.S.C. § 844(a) – Possession of
17   aka Kiet Davis Anh Dang,          )    Methamphetamine
     aka Kiet Davisanh Dang, and       )
18  JANTAR PHUN,                       )    OAKLAND VENUE
     aka "Kelley,"                     )
19                                     )
            Defendants.                )
20  _____)

21

22          S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT

1

1  The Grand Jury charges:

2  COUNT ONE:        (18 U.S.C. § 1951(a))

3      Beginning no later than December 30, 2007, and continuing to on or about January 8,

4  2008, defendants

5                  KAO SAETURN,
           SAN KWEN SAEPHAN,

6                aka "Forty,"
          DAVIS KIET DANG,

7              aka Kiet Dang,
       aka Kiet Davis Anh Dang,

8       aka Kiet Davisanh Dang, and
          JANTAR PHUN,

9              aka "Kelley,"

10  did knowingly and intentionally conspire with each other and others known to the Grand Jury to

11  obstruct, delay, and affect commerce and the movement of articles and commodities in

12  commerce by robbery and extortion, in violation of Title 18, United States Code, Section

13  1951(a).

14

15  COUNT TWO:        (18 U.S.C. § 1951(a))

16      On or about December 30, 2007, in the Northern District of California, defendants

17                  KAO SAETURN,
           SAN KWEN SAEPHAN,

18                aka "Forty,"
          DAVIS KIET DANG,

19              aka Kiet Dang,
       aka Kiet Davis Anh Dang,

20       aka Kiet Davisanh Dang, and
          JANTAR PHUN,

21              aka "Kelley,"

22  did knowingly and intentionally obstruct, delay, and affect commerce and the movement of

23  articles and commodities in commerce by robbery and extortion, in violation of Title 18, United

24  States Code, Section 1951(a).

25  ///

26  ///

27  ///

28  ///

SECOND SUPERSEDING INDICTMENT

1    COUNT THREE:     (18 U.S.C. § 924(c)(1)(A)(ii))

2    On or about December 30, 2007, in the Northern District of California, defendants

3                            KAO SAETURN,
                         SAN KWEN SAEPHAN,
4                            aka "Forty,"
                          DAVIS KIET DANG,
5                           aka Kiet Dang,
                        aka Kiet Davis Anh Dang,
6                      aka Kiet Davisanh Dang, and
                            JANTAR PHUN,
7                           aka "Kelley,"

8    did knowingly and intentionally use, carry, and brandish a firearm, during and in relation to a

9    crime of violence, namely, obstructing, delaying, and affecting commerce and the movement of

10   articles and commodities in commerce by robbery and extortion, as charged in Count Two of this

11   Second Superseding Indictment, in violation of Title 18, United States Code, Section

12   924(c)(1)(A)(ii).

13

14   COUNT FOUR:     (18 U.S.C. § 1951(a))

15   On or about January 6, 2008, in the Northern District of California, defendants

16                           KAO SAETURN,
                         SAN KWEN SAEPHAN,
17                           aka "Forty,"
                          DAVIS KIET DANG,
18                          aka Kiet Dang,
                        aka Kiet Davis Anh Dang,
19                     aka Kiet Davisanh Dang, and
                            JANTAR PHUN,
20                          aka "Kelley,"

21   did knowingly and intentionally obstruct, delay, and affect commerce and the movement of

22   articles and commodities in commerce by robbery and extortion, in violation of Title 18, United

23   States Code, Section 1951(a).

24   ///

25   ///

26   ///

27   ///

28   ///

SECOND SUPERSEDING INDICTMENT

3

1  COUNT FIVE:        (18 U.S.C. § 924(c)(1)(A)(ii))

2      On or about January 6, 2008, in the Northern District of California, defendants

KAO SAETURN,
3  SAN KWEN SAEPHAN,
4  aka "Forty,"
DAVIS KIET DANG,
5  aka Kiet Dang,
aka Kiet Davis Anh Dang,
6  aka Kiet Davisanh Dang, and
JANTAR PHUN,
7  aka "Kelley,"

8  did knowingly and intentionally use, carry, and brandish a firearm, during and in relation to a

9  crime of violence, namely, obstructing, delaying, and affecting commerce and the movement of

10  articles and commodities in commerce by robbery and extortion, as charged in Count Four of this

11  Second Superseding Indictment, in violation of Title 18, United States Code, Section

12  924(c)(1)(A)(ii).

13

14  COUNT SIX:         (18 U.S.C. § 1951(a))

15      On or about January 8, 2008, in the Northern District of California, defendants

16  KAO SAETURN, and
SAN KWEN SAEPHAN,
17  aka "Forty,"

18  did knowingly and intentionally obstruct, delay, and affect commerce and the movement of

19  articles and commodities in commerce by robbery and extortion, in violation of Title 18, United

20  States Code, Section 1951(a).

21

22  COUNT SEVEN:       (18 U.S.C. § 924(c)(1)(A)(ii))

23      On or about January 8, 2008, in the Northern District of California, defendants

24  KAO SAETURN, and
SAN KWEN SAEPHAN,
25  aka "Forty,"

26  did knowingly and intentionally use, carry, and brandish a firearm, during and in relation to a

27  crime of violence, namely, obstructing, delaying, and affecting commerce and the movement of

28  articles and commodities in commerce by robbery and extortion, as charged in Count Six of this

SECOND SUPERSEDING INDICTMENT

4

1   Second Superseding Indictment, in violation of Title 18, United States Code, Section

2   924(c)(1)(A)(ii).

3

4   COUNT EIGHT:      (18 U.S.C. § 2119)

5         On or about January 22, 2008, in the Northern District of California, defendant

6                              KAO SAETURN,

7   with the intent to cause death and serious bodily harm, did attempt to take by force and violence

8   and by intimidation a motor vehicle that had been transported, shipped, and received in interstate

9   and foreign commerce, from the person and presence of another, in violation of Title 18, United

10  States Code, Section 2119.

11

12  COUNT NINE:      (18 U.S.C. § 924(c)(1)(A)(ii))

13        On or about January 22, 2008, in the Northern District of California, defendant

14                             KAO SAETURN,

15  did knowingly and intentionally use, carry, and brandish a firearm, during and in relation to a

16  crime of violence, namely, attempted carjacking, as charged in Count Eight of this Second

17  Superseding Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

18

19  COUNT TEN:      (18 U.S.C. § 1951(a))

20        On or about February 3, 2008, in the Northern District of California, defendant

21                          JOSEPH VU NGUYEN,

22  did knowingly and intentionally obstruct, delay, and affect commerce and the movement of

23  articles and commodities in commerce by robbery and extortion, in violation of Title 18, United

24  States Code, Section 1951(a).

25  ///

26  ///

27  ///

28  ///

SECOND SUPERSEDING INDICTMENT

5

1  COUNT ELEVEN:    (18 U.S.C. § 924(c)(1)(A)(ii))

2        On or about February 3, 2008, in the Northern District of California, defendant

3                      JOSEPH VU NGUYEN,

4  did knowingly and intentionally use, carry, and brandish a firearm, during and in relation to a

5  crime of violence, namely, obstructing, delaying, and affecting commerce and the movement of

6  articles and commodities in commerce by robbery and extortion, as charged in Count Ten of this

7  Second Superseding Indictment, in violation of Title 18, United States Code, Section

8  924(c)(1)(A)(ii).

9

10 COUNT TWELVE:    (18 U.S.C. § 922(g)(1))

11       On or about February 6, 2008, in the Northern District of California, defendant

12                     JOSEPH VU NGUYEN,

13 having previously been convicted of a felony crime punishable by a term of imprisonment

14 exceeding one year, did knowingly and intentionally possess, in and affecting interstate

15 commerce, a firearm, namely, a KBI, Model PMK-380, .380 caliber, semi-automatic pistol, with

16 an obliterated serial number, and ammunition, namely, eight rounds of Winchester .380 caliber

17 ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

18

19 COUNT THIRTEEN:    (21 U.S.C. § 844(a))

20       On or about February 6, 2008, in the Northern District of California, defendant

21                     JOSEPH VU NGUYEN,

22 did knowingly and intentionally possess a Schedule II controlled substance, namely, a mixture

23 and substance containing a detectable amount of methamphetamine, that was not obtained

24 directly, or pursuant to a valid prescription and order, from a practitioner acting in the course of

25 his or her professional practice, in violation of Title 21, United States Code, Section 844(a).

26 ///

27 ///

28 ///

SECOND SUPERSEDING INDICTMENT

1    COUNT FOURTEEN:        (21 U.S.C. § 844(a))

2          On or about February 6, 2008, in the Northern District of California, defendant

3                          DAVIS KIET DANG,
                              aka Kiet Dang,
4                         aka Kiet Davis Anh Dang,
                          aka Kiet Davisanh Dang,
5

6    did knowingly and intentionally possess a Schedule II controlled substance, namely, a mixture

7    and substance containing a detectable amount of methamphetamine, that was not obtained

8    directly, or pursuant to a valid prescription and order, from a practitioner acting in the course of

9    his or her professional practice, in violation of Title 21, United States Code, Section 844(a).

10   DATED:                                      A TRUE BILL.

11   July 16, 2008

12                               Deputy    FOREPERSON

13   JOSEPH P. RUSSONIELLO
     United States Attorney
14

15

16   BRIAN J. STRETCH
     Chief, Criminal Division
17

18   (Approved as to form:
                            AUSA GARTH HIRE
19

20

21

22

23

24

25

26

27

28

SECOND SUPERSEDING INDICTMENT

7