GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Facsimile:  (510) 637-3507
Email:  John_reichmuth@fd.org

Counsel for Defendant PHUN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JANTAR PHUN,<br><br>Defendant. | Case No.: CR 08–0246 CW<br><br>**STIPULATION TO CONTINUE STATUS RE: PRELIMINARY REVOCATION HEARING AND DETENTION HEARING; ORDER (AS MODIFIED)** |

  IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS AND DETENTION HEARING presently set for January 31, 2022 at 10:00 AM be continued to February 8, 2022 at 10:00 AM before the general duty magistrate.

  The reason for this request is that the parties need to meet and confer, as well as conduct research and investigation, prior to deciding their positions regarding detention and preliminary hearing.

CONT.; ORDER
*PHUN*, CR 08–0246 CW

1

Dated: January 28, 2022

STEPHANIE HINDS
United States Attorney

By:        /S       
GARTH HIRE
Assistant United States Attorney

Dated: January 28, 2022

GEOFFREY A. HANSEN
Acting Federal Public Defender

       /S       
JOHN PAUL REICHMUTH
Assistant Federal Public Defender

## ORDER (AS MODIFIED)

Based on the stipulation of the parties, it is hereby ORDERED that the STATUS RE: PRELIMINARY REVOCATION HEARING AND DETENTION HEARING presently set for January 31, 2022 at 10:00 AM be continued to February 8, 2022 at 10:00 AM before Magistrate Judge Kandis A. Westmore.

Dated: January 28, 2022

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu

HON. DONNA M. RYU
United States Magistrate Judge

CONT.; ORDER
*PHUN*, CR 08–0246 CW

2